**STATE of Missouri, Respondent,**

v.

**Leto LIVERETTE, Appellant.**

No. ED 98114.

Missouri Court of Appeals,
Eastern District,
Division Five.

Feb. 13, 2013.

Chris Koster, Attorney General, Todd T. Smith, Asst. Atty. Gen., Jefferson City, MO, for Respondent.

Erika R. Eliason, Columbia, MO, for Appellant.

Before GARY M. GAERTNER, JR., C.J., ROBERT M. CLAYTON III, J. and ELIZABETH B. HOGAN, Sp. J.

### ORDER

PER CURIAM.

Leto Liverette ("Liverette") appeals from the judgment convicting him of domestic assault in the second degree. The trial court did not err in denying Liverette's motion for judgment of acquittal, finding him guilty beyond a reasonable doubt of second-degree domestic assault, and imposing the sentence.

An extended opinion would have no jurisprudential value. We have, however, provided the parties a memorandum setting forth the reasons for our decision.

The judgment of the trial court is affirmed under Rule 30.25(b).